IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| North Central States Regional Council of Carpenters Pension Fund and Jerry Shea (in his capacity as Trustee),<br><br>    Plaintiffs,<br>v.<br><br>DOW Acoustics, Inc.,<br><br>    Defendant. | Court File No. 20-cv-994-slc<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), North Central States Regional Council of Carpenters Pension Fund and Jerry Shea (in his capacity as Trustee) ("Plaintiffs") and DOW Acoustics, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly stipulate and agree that all claims brought by Plaintiffs in the above-titled action are hereby dismissed with prejudice, and that the Court may, consistent with its practice, close this case without further order of the Court.

47696887v1

Dated: November 15, 2021  **THE PREVIANT LAW FIRM, S.C.**

/s/Yingtao Ho
Yingtao Ho
Alex J. Sterling
310 West Wisconsin Avenue, Suite 100 MW
Milwaukee, WI 53203
(414) 223-0417
yh@previant.com

**ATTORNEYS FOR PLAINTIFFS**

Dated: November 12, 2021

**LATHROP GPM LLP**

/s/Mark S. Mathison
Mark S. Mathison (MN Bar No. 028709X)
Dion Farganis (MN Bar No. 399219)
80 South Eighth St.
500 IDS Center
Minneapolis, MN  55402
612.632.3000
mark.mathison@lathropgpm.com
dion.farganis@lathropgpm.com

**ATTORNEYS FOR DEFENDANT**